UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANNAMARIE (Last Name Unknown),

    Plaintiff,

v.                                                        Case No. 12-C-977

ELECTORS FOR THE STATE OF WISCONSIN,

    Defendant.

**ORDER**

Plaintiff has filed a 52-page complaint seeking declaratory and other emergency relief against President Barack Obama and other individuals, such as the electors from the State of Wisconsin. Since Plaintiff is a resident of Bradenton, Florida, it is unclear why she filed this action in this district, except perhaps that she appears to be upset with the actions of a federal judge in Florida who was appointed by "Obama's friend," President Clinton. In any event, Plaintiff's motion to proceed *in forma pauperis* will be denied and the action will be dismissed.

The complaint brings a laundry list of allegations, beginning with an allegedly fraudulent psychiatrist working in Florida and then focusing on President Obama's citizenship status and various illegal and unconstitutional activities President Obama has allegedly been involved in. These include such things as recess appointments, the "Fast and Furious" scandal at the Department of Justice, immigration policy, and actions of his administration's Environmental Protection Agency. A federal complaint is not the proper forum for pressing a wide-ranging list of grievances like the ones alleged by Plaintiff. Rule 8(a) requires a "short and plain statement," and the complaint filed by Plaintiff is anything but. Fed. R. Civ. P. 8(a).

Accordingly, the complaint is **DISMISSED** and the motion to proceed IFP is **DENIED**.

**SO ORDERED** this   26th   day of September, 2012.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge